**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| TRACI SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-268-J-39JRK |
| | ) | |
| INDYMAC MORTGAGE SERVICES, a division of OneWest Bank National Association, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, TRACI SCHMIDT ("Plaintiff"), through her attorneys, The Law Offices of Robert Peters, P.A., informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

December 11, 2014    RESPECTFULLY SUBMITTED,

By: _/s/Robert Peters_____
  Robert Peters
  FL Bar No. 996157
  The Law Offices of Robert Peters, P.A.
  1054 Kings Avenue
  Jacksonville, FL 32207
  Tel: 904-421-6907
  Fax: 904-328-3778
  Service.peterslaw@gmail.com
  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  On December 11, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Cassidy E. Jones at Cassidy.Jones@quarles.com

        By: /s/ Robert Peters_____
          Robert Peters