UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRACI SCHMIDT,

    Plaintiff,

v.                                                Case No:  3:14-cv-268-J-39JRK

INDYMAC MORTGAGE SERVICES, a
division of One West Bank National
Association,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal (Doc. 17; Stipulation) filed on January 5, 2015.  In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of January, 2015.

BRIAN J. DAVIS
United States District Judge

- 2 -

em

Copies to:

Counsel of Record